IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMOND K. JONES, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL AGRICULTURAL MORTGAGE CORP., HENRY D. EDELMAN, NANCY E. CORSIGLIA, TIMOTHY L. BUZBY, LOWELL L. JUNKINS and FRED L. DAILEY,<br><br>    Defendants. | CIVIL ACTION NO. 1:08-cv-02099<br><br>STIPULATION OF DISMISSAL AND [█████] ORDER |

Lead Plaintiffs Edmond K. Jones, Maurice Prissert, and Claude Prissert ("Lead Plaintiffs") and Defendants Federal Agricultural Mortgage Corp., Henry D. Edelman, Nancy E. Corsiglia, Timothy L. Buzby, Lowell L. Junkins, and Fred L. Dailey (collectively, the Company and Individual Defendants), through undersigned counsel, hereby stipulate to the dismissal of this consolidated putative class action and each complaint filed therein (the "Action") on the terms set forth below:

1. The Action shall be dismissed in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. The parties agree that each side shall bear its own fees and costs.

3. Lead Plaintiffs agree that they will not assert, in this or any other Court, any claims or causes of action against any named defendant or their counsel, relating to, arising out of, or in connection with any of the claims, facts, matters, omissions, or occurrences referred to in, or that could have been raised in, or which are the subject matters of, the Action.

4. This dismissal is without prejudice to the rights of any other purported member of the putative class alleged in this Action.

Dated: February 25, 2010

Respectfully submitted,

MURPHY ANDERSON PLLC

By: /s/ Mark Hanna / KMM
Mark Hanna (D.C. Bar. No. 471960)
1701 K Street NW, Suite 210
Washington, DC 20006
Tel: (202) 223-2620
Fax: (202) 223-8651

**Local Counsel for Lead Plaintiffs and the Class**

KAHN SWICK & FOTI, LLC

By: /s/ Lewis Kahn /scb
Lewis Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498

-and-

SUSMAN HEFFNER & HURST LLP

By: /s/ Matthew T. Heffner
Matthew T. Heffner
20 South Clark St., Suite 600
Chicago, Illinois 60603
Tel: (312) 346-3466
Fax: (312) 346-2829

**Co-Lead Counsel for Lead Plaintiffs and the Class**

SHEARMAN & STERLING LLP

By: /s/
Justin Harrison
801 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20004-2634
Tel: (202) 508-8000
Fax: (202) 508-8100

-and-

SHEARMAN & STERLING LLP
Adam Hakki
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

**Counsel for the Company and Individual Defendants**

It is so **ORDERED:**

DATED: February 26, 2010

_____
THE HONORABLE HENRY H. KENNEDY, Jr.
UNITED STATES DISTRICT JUDGE